IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STATE OF GEORGIA ex rel, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:10-CV-3419-TWT |

### ORDER

This is a pro se qui tam action. It is before the Court on the Report and Recommendation [Doc. 71] of the Magistrate Judge recommending dismissing the action for lack of standing by the Plaintiffs. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Plaintiffs have not suffered an injury themselves that would provide them with standing to pursue these claims. There is no statutory authority for the Plaintiffs to pursue these claims in a qui tam action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 6 day of April, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge